November 21, 1980.

429 A.2d 742

Armstrong, Appellant, v. Armstrong.

 Argued April 16, 1980. Joanne Ross Wilder, for appellant; Henry A. Hudson, Jr., for appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.